**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Nelson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18179 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, and index same on the master mailing list.

<u>RE: Loan ending in 1761, secured by Debtors' principal residence at 56 South Franklin Street, Lancaster, PA 17602</u>

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esq.**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734