**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**BRIAN NELSON** | **BK. No. 16-18179-amc** |
| **Debtor** | **Chapter No. 13** |
| **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2** | **11 U.S.C. §362** |
| **Movant** | |
| v. | |
| **BRIAN NELSON**<br>And<br>**WILLIAM C. MILLER (TRUSTEE)** | |
| **Respondents** | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 11th day of April, 2017, at **PHILADELPHIA**, upon Motion of **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 54 S. FRANKLIN STREET LANCASTER, PA 17602 NKA 54 S FRANKLIN STREET, LANCASTER, PA 17602-3777, (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA2** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER (TRUSTEE)
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE
LANCASTER, PA 17601
AVGRBACH@AOL.COM

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

BRIAN NELSON
54 S. FRANKLIN STREET LANCASTER, PA 17602
NKA 54 S FRANKLIN STREET
LANCASTER, PA 17602-3777

BRIAN NELSON
3 STRAWBERRY LANE
LANCASTER, PA 17602