United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-18179-amc
Brian Nelson                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                    Page 1 of 1                    Date Rcvd: Apr 20, 2017
                              Form ID: pdf900                 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db              +Brian Nelson,    3 Strawberry Lane,    Lancaster, PA 17602-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Apr 21 2017 01:23:19     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:22:45
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 21 2017 01:23:13     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
      ALAINE V. GRBACH    on behalf of Debtor Brian  Nelson avgrbach@aol.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
      KERI P EBECK    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
               jbluemle@weltman.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA pa.bkecf@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, N.A.  et al pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Nelson<br>                     Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee<br>                     Movant<br>vs. | NO. 16-18179 AMC<br><br>11 U.S.C. Sections 362 |
| Brian Nelson<br>                     Debtor | |
| William C. Miller Esq.<br>                     Trustee | |

**ORDER**

AND NOW, this ____ day of _____, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 56 S. Franklin Street, Lancaster, PA 17602 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.