# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: __Brian Nelson__  
Debtor(s)

Case No. __16-18179__  
Chapter __13__

## CERTIFICATE OF SERVICE

I hereby certify that on __April 28 2017__, a copy of __Debtor's Motion to Sell 322 Church Avenue, Ephrata PA, Proposed Order and Notice of Hearing__ was served electronically or by regular United States mail to all interested parties, all enotice parties, the Trustee and all creditors listed below.

- AFC FIRST
- Amex
- BERKHEIMER TAX ADM
- BIORN CORPORATION
- Cb Lancaster
- Citibank/Best Buy
- Citizens Bank
- Discover Financial
- HEIRLOOM CABINETRY
- ROBERT POOLE
- Specialized Loan Servicing/SLS
- Syncb/HH Gregg
- TIMOTHY PATCHES
- Wells Fargo Hm Mortgag
- ZIMMERMAN ROOFING

/s/Alaine V. Grbach  
Alaine V. Grbach 45485  
Alaine V. Grbach, Esquire  
675 REAR Estelle Drive  
Lancaster, PA 17601  
717-898-8402 Fax:1-866-928-4707  
avgrbach@aol.com