**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| BRIAN NELSON | : | **BANKRUPTCY NO. 16-18179** |
| | : | |
| **Debtor** . | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**MOTION TO SELL 233 CHURCH AVENUE, EPHRATA  PA  17522**

I, Alaine V. Grbach, Esquire, hereby certify that the requisite time during which parties in interest had to answer or object to the above Motion, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Moveant.

                                                Respectfully submitted,

**DATED: May 15, 2017**                                      **/s/ Alaine V. Grbach, Esquire**
                                                                                  Alaine V. Grbach, Esquire
                                                                                   Counsel to Debtor
                                                                                   675 Estelle Drive
                                                                                   Lancaster, PA 17601
                                                                                   (717)898-8402 - telephone
                                                                                   866-928-4707 - facsimile
                                                                                   I.D. No.: 45485