IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| BRIAN NELSON | : | BANKRUPTCY NO. 16-18179 |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

**AND NOW,** on this 16th day of May, 2017 upon consideration of the Motion of Brian Nelson (the "<u>Debtor</u>"), for Authority to: (1) Sell Residential Real Property Located at 322 Church Avenue, Ephrata PA 17522 (the "<u>Property</u>") Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 and (2) Compensate Real Estate Brokers (the "<u>Motion</u>"), and after notice to creditors and parties in interest; it is hereby

**ORDERED,** that the Motion is **DENIED.**

**Date: May 16, 2017**

BY THE COURT:

_____
**Ashely M. Chan
United States Bankruptcy Judge**