# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Brian Nelson                                        Case No.   16-18179
                        Debtor(s)                            Chapter    13

## PRAECIPE TO WITHDRAW DOCUMENT NO. 44

TO THE CLERK OF THIS HONORABLE COUR

    Kindly withdraw Document No. 44.

Respectfully submitted.

Date   May 24, 2017

Attorney   /s/Alaine V. Grbach
        Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com