UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-18179 |
| **BRIAN NELSON,** | | |
| | : | CHAPTER 13 |
| DEBTOR. | | |
| | : | |

**HEARING TO BE HELD:**
**Date:** June 27, 2017
**Time:** 11:00 a.m..
**Place:** United States Bankruptcy Court
Eastern District of PA
Robert NC Nix Federal Courthouse
Courtroom # 5
900 Market Street, Suite 400
Philadelphia, PA 19107

### NOTICE OF HEARING

Alaine V. Grbach, Esquire, Attorney for Debtor, has filed a **Motion to Sell 54 and 56 South Franklin Street, Lancaster PA 17602 Free and Clear of Liens and encumbrances** with the Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.

**1.** If you do not want the court to grant the relief sought in the application or if you want the court to consider your views on the application, then on or before June 12, 2017, you or your attorney must do **ALL** of the following:

   **(a)** File an answer explaining your position at:
   U.S. Bankruptcy Court
   Eastern District of PA
   Robert NC Nix Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   **(b)** Mail a copy to the Movant's attorney:
   Alaine V. Grbach, Esquire
   675 Estelle Drive
   Lancaster, PA  17601
   (717) 399-8420   Fax  (717) 399-8311

**2.** If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) and attend the hearing, the court may enter an order granting the relief requested in the application.

**3.**    A hearing on the application is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on May 16, 2017 at 11:00 a.m., in the United States Bankruptcy Court, Eastern District of PA, Robert NC Nix Federal Courthouse, 900 Market Street, Courtroom #5, Philadelphia, PA 19107.

**4.**    If a copy of the application is not enclosed, a copy of the application will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

**5.**    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE:  May 24, 2017**