UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :     CHAPTER 13
                                              :
BRIAN NELSON                                  :     BANKRUPTCY NO. 16-18179
                                              :
            Debtor                            :

ORDER GRANTING
MOTION FOR EXPEDITED HEARING ON DEBTOR'S
MOTION TO SELL RESIDENTIAL REAL ESTATE LOCATED AT
223 CHURCH AVENUE, EPHRATA PENNSYLVANIA

AND NOW, this 15th day of June, 2017, upon consideration of the Debtor's Motion for Expedited Hearing and Reduction of Time for Notice, filed by the Debtor, it is hereby ORDER AND DECREED: A hearing will be held on the Motion on 6/27/17 at 11:00am and objections may be filed/asserted on the day of the hearing. Debtor's counsel shall serve a copy of this Order to all creditors, parties in interest, Standing Trustee and to the U. S. Trustee by overnight mail, with delivery guaranteed not later than two (2) days from the date of the Order. Debtor's counsel shall file a certificate of service evidencing these service requirements prior to the hearing. Both the Debtor and Debtor's counsel are required to be in attendance at the hearing.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN,
United States Bankruptcy Judge