United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-18179-amc
Brian Nelson                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jun 15, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db        +Brian Nelson,   3 Strawberry Lane,   Lancaster, PA 17602-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
        ALAINE V. GRBACH   on behalf of Debtor Brian  Nelson avgrbach@aol.com
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
        Bank National Association, as Trustee, successor in interest to Bank of America, National
        Association, as Trustee, successor by merger to LaSalle Bank bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        JEROME B. BLANK   on behalf of Creditor    HSBC Bank USA, N.A.  et al paeb@fedphe.com
        KERI P EBECK   on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
        jbluemle@weltman.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
        Bank National Association, as Trustee, successor in interest to Bank of America, National
        Association, as Trustee, successor by merger to LaSalle Bank bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor    HSBC Bank USA, N.A.  et al pa.bkecf@fedphe.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor    Wells Fargo Bank, NA pa.bkecf@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
:
BRIAN NELSON : BANKRUPTCY NO. 16-18179
:
Debtor . :

### ORDER GRANTING
### MOTION FOR EXPEDITED HEARING ON DEBTOR'S
### MOTION TO SELL RESIDENTIAL REAL ESTATE LOCATED AT
### 223 CHURCH AVENUE, EPHRATA PENNSYLVANIA

AND NOW, this 15th day of June, 2017, upon consideration of the Debtor's Motion for Expedited Hearing and Reduction of Time for Notice, filed by the Debtor, it is hereby **ORDER AND DECREED:** A hearing will be held on the Motion on 6/27/17 @ 11:00am and objections may be filed/asserted on the day of the hearing. Debtor's counsel shall serve a copy of this Order ~~That the time for the filing of objections and notice of hearing in the above matter is shortened to~~ ~~(___) days from the date of this Order, and Notice thereof should be provided to~~ all creditors, parties in interest, Standing Trustee and to the U. S. Trustee by ~~e-filing,~~ overnight mail, ~~messenger service or fax,~~ with delivery guaranteed not later than two (2) days from the date of the Order, ~~in a form satisfactory to the Court, and in the event of any response or objection to the said Motions, a hearing shall be held on_____~~ Debtor's counsel shall file a certificate of service evidencing these service requirements prior to the hearing. Both the Debtor and Debtor's counsel are required to be in attendance at the hearing.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN,
United States Bankruptcy Judge