# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Brian Nelson                                         Case No.   16-18179
                          Debtor(s)                          Chapter    13

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, a copy of Debtor's Motion to Sell 223 Church Avenue, Ephrata PA, Proposed Order and June 15, 2017 Order Granting Motion for Expedited Hearing was served by next day mail to all interested parties, all enotice parties, the Chapter 13 Trustee, the U.S. Trustee and all creditors and interested parties listed below.

AFC FIRST
Amex
BERKHEIMER TAX ADM
BIORN CORPORATION
Cb Lancaster
Citibank/Best Buy
Citizens Bank
Discover Financial
HEIRLOOM CABINETRY
ESTATE OF ROBERT POOLE
Specialized Loan Servicing/SLS
Syncb/HH Gregg
TIMOTHY PATCHES
Wells Fargo Hm Mortgag
ZIMMERMAN ROOFING
HSBC BANK, USA
RESURGENT CAPITAL
BECKET AND LEE
PORTFOLIO RECOVERY

/s/Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402 Fax:1-866-928-4707
avgrbach@aol.com