# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Brian Nelson, Debtor(s)

Case No. 16-18179
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, a copy of Debtor's Motion to Sell 54 and 56 South Franklin Street, Lancaster PA, Proposed Order and Notice of Hearing Hearing was served by U.S. Mail or email to all interested parties, all enotice parties, the Chapter 13 Trustee, the U.S. Trustee and all creditors and interested parties listed below.

- AFC FIRST
- Amex
- BERKHEIMER TAX ADM
- BIORN CORPORATION
- Cb Lancaster
- Citibank/Best Buy
- Citizens Bank
- Discover Financial
- HEIRLOOM CABINETRY
- ESTATE OF ROBERT POOLE
- Specialized Loan Servicing/SLS
- Syncb/HH Gregg
- TIMOTHY PATCHES
- Wells Fargo Hm Mortgag
- ZIMMERMAN ROOFING
- HSBC BANK, USA
- RESURGENT CAPITAL
- BECKET AND LEE
- PORTFOLIO RECOVERY

/s/Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402 Fax:1-866-928-4707
avgrbach@aol.com