# HEIRLOOM CABINETRY OF PA, INC

## FAX

| | | | |
|---|---|---|---|
| **To:** | Alaine Grback, Attorney | **From:** | Jenny Martin |
| **Fax:** | 866-928-4707 | **Pages:** | 6 |
| **Phone:** | 717-436-8091 | **Date:** | 3.17.2017 |
| **Re:** | B. Nelson | **CC:** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**Comments:**

## AFFIDAVIT OF SERVICE OF NOTICE
### 49 P.S. § 1502(a)(2)

IN THE COURT OF COMMON PLEAS OF ___Lancaster___ COUNTY

**LIEN CLAIMANT** (Name & Address)

Heirloom Cabinetry of PA, Inc
977 Nelson Road
Mifflintown, PA 17059

v.

**PROPERTY OWNER** (Name & Address)

Brian D. Nelson
3 Strawberry Lane
Lancaster, PA 17602

Property located at:
223 Church Avenue
Ephrata, PA 17522

NO:

**COMMONWEALTH OF PENNSYLVANIA** :
: SS
**COUNTY OF** ___Lancaster___ :

___Theodore E. Wagner___, being duly sworn according to law, deposes and says as follows:

1. I am an adult and submit this affidavit pursuant to 49 P.S. § 1502(a)(2);

2. I served upon the above-named Property Owner a notice of the filing of the Mechanic's Lien filed herein bearing the court term and number and date of filing of the said claim, by personally handing said notice to the above-named Property Owner at:

___3 Strawberry Lane, Lancaster, PA 17602___

On __3_/_17_/20_17__, at __9:48__ AM/PM.

A true and correct copy of said notice is attached hereto.

Signed:

*Theodore E. Wagner*

Affiant: _____

Sworn to and subscribed before me, undersigned Notary Public, on this _17_ day of _MARCH_, 20_17_.

*Garett T. Gray*

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Garett T. Gray, Notary Public
Walker Twp, Juniata County
My commission expires September 30, 2019



December 24, 2015

# Notice of Intent to Lien

NOTICE SENT TO THE FOLLOWING:

**PROPERTY OWNER:**

Brian D. Nelson

3 Strawberry Lane

Lancaster, PA 17602

**PROPERTY where services were preformed:**

223 Church Avenue

Ephrata, PA 17522

**CLAIMANT:**

Heirloom Cabinetry of PA, Inc.

977 Nelson Road

Mifflintown, PA 17059

**LABOR, MATERIALS & SERVICES PROVIDED:**

"L" shaped kitchen cabinets, maple, stained, shaker style doors, (house manufactured 5 piece with plycore panel), Blum ½" overlay hinge, standard duty side mounted epoxy Guides, wall cabinets 30" high, lazy susan base and upper, pantry with adjustable shelves, 1" crown mouldings, matching toe kicks, knobs for hardware. All shelves adjustable, maple interiors, no particle board. Formica tops, matte finish colors. Manufacture and install all work as described.

**AMOUNTS DUE AND UNPAID:**

Contract price $9,538.24

Amount paid  $5,000.00

TOTAL DUE  $4538.24

**PLEASE BE ADVISED** that the above-named <u>HEIRLOOM CABINETRY OF PA, INC.</u> was hired by <u>BRIAN NELSON</u> to perform construction services on the above-identified <u>223 CHURCH AVENUE, EPHRATA, PA 17522</u> owned by the above-identified property owner, <u>BRIAN NELSON.</u>

<u>HEIRLOOM CABINETRY OF PA, INC.</u> performed the above-mentioned kitchen remodel services at 223 Church Avenue, Ephrata, PA 17522, and there is presently due Heirloom Cabinetry of PA, Inc., the sum above-identified as the **AMOUNT DUE AND UNPAID OF $4,538.24**

The work was completed by <u>HEIRLOOM CABINETRY OF PA, INC.</u> on the above-identified date, <u>NOVEMBER 25, 2015.</u> This letter shall constitute formal notice of Heirloom Cabinetry of PA, Inc.'s intention to file a mechanic's lien claim for the work done on this project.

_Theodore E Wagner_
Agent for Claimant

Signed by _Theodore E. Wagner_

Title _Owner_

Notice sent to the above listed parties on _12/30/2015_

by Certified Mail, Return Receipt Requested No. _7012-1640-0000-4889-6958_

Certified mail receipt and return receipt card addressed to:

Brian D. Nelson
3 Strawberry Lane
Lancaster, PA 17602

7012 1640 0000 4889 6958

Postmark: DEC 30 2015, Mechanicsburg PA 17055

# Statement

Heirloom Cabinetry of PA, Inc
977 Nelson Road
Mifflintown, PA 17059

| Date |
|---|
| 2/28/2017 |

To:
Brian Nelson
3 Strawberry Lane
for 223 Church Ave, Ephrata
Lancaster, PA 17602

| Amount Due | Amount Enc. |
|---|---|
| $4,585.54 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2016 | Balance forward | | 4,451.00 |
| 01/04/2017 | INV #FC Job89-16. Due 01/04/2017. | 66.77 | 4,517.77 |
| 02/02/2017 | INV #FC Job89-16. Due 03/04/2017. | 67.77 | 4,585.54 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 67.77 | 0.00 | 66.77 | 0.00 | 4,451.00 | $4,585.54 |

*emailed 3/9/17 to brian w/date changed 2/2x*

Brian Emerich
717 341-7758
Pa# 114370

Proposal submitted to
Brian nelson
3 strawberry lane
Lancaster pa17602

Work to be performed at
223 church st
Ephrata pa17522


1) add treated railing/spindles on front porch
2) Secure outside water faucet
3) Repoint/secure piers on front porch
4) Scrape and paint ext were needed
5) Add concrete to patch ext steps.
6)
7)   2,000$ to complete all work listed above

Mike Gallagher Electric
38 Perseverance Lane
Ephrata PA 17522
717-875-8701
PA# 95223

# INVOICE

MARCH 29TH, 2017

BRIAN NELSON
Church St
Ephrata Pa 17522

| DESCRIPTION | Details | Misc | AMOUNT |
|---|---|---|---|
| *Changed out additional devices on 2nd floor and 3rd floor<br>*Removed obsolete wiring in basement<br>*mounted microwave<br>*Wire and install baseboard heater on 1st floor rear bath<br>*Repaired defective lighting in hallways<br>*Removed all old and defective wiring in garage. Installed new switch and GFI receptacle and new 4' light | | | $1200.00 |
| | | TOTAL | $1200.00 |

Make all checks payable to Mike Gallagher Electric

**Thank-You for Your Business!**

4/28/2017                                                                  AOL Mail (169)

# BUGS-NO-MORE
## Exterminating Company
P. O. Box 37, Millersville, PA 17551-0037
(717) 872-1989  (800) 831-1989

### SUBTERRANEAN TERMITE CONTROL SERVICE AGREEMENT

Description of structure (s) to be serviced: _____   Date of Treatment: _____

Service Name: _____   Billing Name (if different): Brian Nelson

Address: 223 Church St Ephrata   Address: 3 Strawberry lane.

PA _____ Phone #: _____   Lancaster PA  Phone #: 799-6384

1. The letterhead company, hereafter referred to as "the Company," agrees to render such services as to provide for control of subterranean termites at the above referenced structure (s), for a period ONE YEAR from the above referenced date of treatment. During the term of this Agreement, the person or company listed with the above captioned billing address, hereafter referred to as "the Purchaser or his agent, shall notify the Company of any signs or manifestations of subterranean termite infestation in a timely manner. Upon receipt of timely notification of such signs of infestation, the Company shall arrange to provide control measures toward same at **no additional cost to the Purchaser**, at a mutually agreeable time.
2. It is the responsibility of the Purchaser to make the structure (s) available for treatment and/or periodic inspection by the Company. Failure to do so shall nullify the terms of this agreement. Purchaser will also provide water and electricity.
3. This agreement may be extended annually from the date of treatment. The Company reserves the right to amend the cost of renewing this agreement after the first renewal.
4. The Purchaser, or his agent, agrees to pay the sum of $ 1269.88 (includes tax) to the Company for the termite control service. *The terms of payment shall be as follows: one-half down at the signing of the contract and one-half within 15 days of completion of work.*
5. The Purchaser acknowledges that no warranty is expressed or implied regarding the presence of damages arising from subterranean termites. The Purchaser understands that damage from subterranean termites may exist in area which are not visible or which are obstructed from view. The Purchaser agrees that the Company shall not be held liable for existing or new damage to the above referenced structure (s) or contents arising from infestation by subterranean termites. It is further understood that the Company shall be held harmless for responsibility for damages to the subject structure from subterranean termites that may occur in areas that are not visible or accessible to the representatives of the Company during their periodic reinsertions or pretreatments of the subject structure. **ANY LIABILITIES ARISING FROM THIS AGREEMENT SHALL BE RESTRICTED TO THE PURCHASE PRICE OF THE TREATMENT.** Areas of wood-to-earth or foam insulation-to-earth contact or proximity (less than 6 inches) must be corrected by the Purchaser prior to any renewal of this agreement.
6. Any controversy or claim arising out of, or relating to this Agreement, or from services rendered under its terms, will be settled by arbitration in accordance with the rules of the American Arbitration Association, and judgment upon the award rendered by; the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. It is the responsibility of the Purchaser, or his agent to notify the Company of any intended structure modifications or excavations in order that the Company may render or propose to render whatever services it deems necessary for the continued control of subterranean termites at the above referenced location.
8. It is the responsibility of the Purchaser, or his agent, to fully disclose to the Company prior to treatment services all information that is relevant regarding the construction of the structure (s) including, but not limited to, the existence and placement of wells or cisterns, plenum airspaces, crawlspaces, embedded ductwork, concealed pipes or cables, waterproofing, high water tables, drainage system, dampness or watery conditions. **FAILURE TO DIVULGE SUCH INFORMATION TO THE COMPANY SHALL FOREVER AND FULLY RELEASE THE COMPANY FROM ANY AND ALL LIABILITY ARISING OUT OF THIS AGREEMENT.**
9. Warranty Info: One yr warranty is included
10. Other (Misc.) 125 Plus Tax To renew warranty after one year.  Water & Electric is needed at Time of Treatment
11. The Purchased hereby acknowledges to having read this document, understands that it affects and responsibilities of all parties, and agrees to be bound by the terms contained within it.

_____   _____
Purchaser/Agent   Date

_____   _____
Representing Bugs-No-More   Date

You, the buyer, may cancel this transaction at any time prior to midnight of the third working day after executing this transaction.
**~PLEASE SIGN AND RETURN THE TOP COPY ALONG WITH YOUR PAYMENT~**

Note: Customer may pay in full at settlement or