# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 05/31/17 |
| Disbursement Date | 05/31/17 |
| Settlement Agent | ABSTRACT ASSOCIATES OF LANCASTER, INC |
| File # | AAL43025 |
| Property | 223 CHURCH AVENUE<br>EPHRATA, PA 17522 |
| Sale Price | $ 139,900 |

## Transaction Information

| | |
|---|---|
| Borrower | RYAN C. ZEAGER<br>163 MAIL ROUTE ROAD<br>SINKING SPRING, PA 19608 |
| Seller | BRIAN D. NELSON<br>3 STRAWBERRY LANE<br>LANCASTER, PA 17602 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| | | | |
|---|---|---|---|
| **M. Due to Seller at Closing** | | | **$ 140,458.72** |
| 01 | Sale Price of Property | | $ 139,900.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | |
| 09 | City/Town Taxes | 05/31/17 to 12/31/17 | $ 143.43 |
| 10 | County Taxes | 05/31/17 to 12/31/17 | $ 234.94 |
| 11 | School Taxes | 05/31/17 to 06/30/17 | $ 180.35 |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| **N. Due from Seller at Closing** | | | **$ 140,458.72** |
| 01 | Excess Deposit | | |
| 02 | Closing Costs Paid at Closing (J) | | $ 14,256.50 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | | |
| 04 | Payoff of First Mortgage Loan | | $ 105,000.00 |
| 05 | Payoff of Second Mortgage Loan | | |
| 06 | | | |
| 07 | | | |
| 08 | Seller Credit | | $ 5,596.00 |
| 09 | | | |
| 10 | Bankrupstsy Trustee | | $ 15,606.22 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **Adjustments for Items Unpaid by Seller** | | | |
| 14 | City/Town Taxes | | |
| 15 | County Taxes | | |
| 16 | School Taxes | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $ 140,458.72 |
| Total Due from Seller at Closing (N) | -$ 140,458.72 |
| Cash ☐ From ☐ To Seller | |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | WEICHERT REALTORS - ENGLE & |
| Address | 1810 OREGON PIKE<br>LANCASTER, PA 17601 |
| PA License ID | RB042302C |
| Contact | APRIL YODER |
| Contact PA License ID | RS335535 |
| Email | ayoder@weicherteh.com |
| Phone | (717)291-1041 |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | CHARLES & ASSOCIATES INC. |
| Address | 145 OAKRIDGE DRIVE<br>MOUNTVILLE, PA 17554 |
| PA License ID | RB062381C |
| Contact | JOHN HESS |
| Contact PA License ID | RB051681L |
| Email | johnrhess@comcast.net |
| Phone | (717)299-2100 |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | ABSTRACT ASSOCIATES OF LANCASTER, |
| Address | 1903 LITITZ PIKE<br>LANCASTER, PA 17601 |
| PA License ID | 58428 |
| Contact | WILLIAM STULL |
| Contact PA License ID | 81239 |
| Email | christine@abstractassociates.com |
| Phone | (717)581-5841 |

**Confirm Receipt**

_____
BRIAN D. NELSON

## Closing Cost Details

### Loan Costs

| | | At Closing | Before Closing | Seller-Paid |
|---|---|---|---|---|
| **A. Origination Charges** | | | | |
| 01 % of Loan Amount (Points) | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| **C. Services Borrower Did Shop For** | | | | |
| 01 Title - Closing Protection Letter | to CONESTOGA TITLE INSURAN | | | |
| 02 Title - Couier - Edoc download fees | to ABSTRACT ASSOCIATES OF L | | | |
| 03 Title - Document Prep | to ABSTRACT ASSOCIATES OF L | | | $ 50.00 |
| 04 Title - Endorsementts 100/300/8.1 | to ABSTRACT ASSOCIATES OF L | | | |
| 05 Title - Lender's Title Insurance | to ABSTRACT ASSOCIATES OF L | | | |
| 06 Title - Notary Fee | to William B. Stull | | | $ 10.00 |
| 07 Title - Tax Service Fee | to AAL Tax Cert Account | | | $ 35.00 |
| 08 Title - Wire Service Fee | to ABSTRACT ASSOCIATES OF L | | | $ 20.00 |

### Other Costs

| | | At Closing | Before Closing | Seller-Paid |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | | |
| 01 Recording Fees | Deed:$65.50 Mortgage:$103.50 | | | |
| 02 Satisfaction Recording Fee | to LANCASTER County Register o | | | $ 58.00 |
| 03 Transfer Tax | to LANCASTER County Register o | | | $ 1,399.00 |
| **F. Prepaids** | | | | |
| 01 Homeowner's Insurance Premium | ( mo.) | | | |
| 02 Mortgage Insurance Premium | ( mo.) | | | |
| 03 Prepaid Interest | ( per day from to ) | | | |
| 04 Property Taxes | ( mo.) | | | |
| 05 | | | | |
| **G. Initial Escrow Payment at Closing** | | | | |
| 01 Homeowner's Insurance | per month for mo. | | | |
| 02 Mortgage Insurance | per month for mo. | | | |
| 03 Property Taxes | See Additional G.03 Items | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 Aggregate Adjustment | | | | |
| **H. Other** | | | | |
| 01 2017 Twp-Co Taxes | to Lancaster Co. Treasurer | | | $ 645.41 |
| 02 Broker Transaction Fee | to Charles and Associates Real Es | | | $ 250.00 |
| 03 Commission | to WEICHERT REALTORS - ENGL | | | $ 4,197.00 |
| 04 Commission - Rent (320.83) | to CHARLES & ASSOCIATES INC | | | $ 3,876.17 |
| 05 Final Costs | to Ephrata Borough | | | $ 150.00 |
| 06 Rent | to Brian D. Nelson | | | $ 320.83 |
| 07 Taxes | to Lancaster Co Tax Claim | | | $ 3,245.09 |
| 08 | | | | |
| **J. TOTAL CLOSING COSTS** | | | | $ 14,256.50 |