# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| BRIAN NELSON | : | BANKRUPTCY NO. 16-18179 |
| | : | |
| **Debtor.** | : | |
| | : | |

## PRAECIPE TO WITHDRAW
## MOTION OF DEBTOR, BRIAN NELSON FOR
## AUTHORITY TO : (1) SELL REAL PROPERTY LOCATED AT 54 AND 56
## SOUTH FRANKLIN STREETS LANCASTER PA  FREE AND CLEAR OF ALL LIENS,
## CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND
## (2) COMPENSATE REAL ESTATE BROKERS

TO THE CLERK OF THIS HONORABLE COURT:

Kindly withdraw the above Motion, the Purchaser having withdrawn its offer.

**Respectfully submitted,**


By:   /s/ Alaine V. Grbach
ALAINE V. GRBACH, ESQUIRE
675 Estelle Drive
Lancaster, PA  17601
(717) 898-8402
Attorneys for the Debtor

Dated: May 24, 2017