United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-18179-amc
Brian Nelson                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Aug 30, 2017
                        Form ID: pdf900    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
```
db              +Brian Nelson,    3 Strawberry Lane,     Lancaster, PA 17602-1636
13864977         American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13828194        +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13828196        +BIORN CORPORATION,    P O BOX 464,    Rockford, MN 55373-0464
13828197        +Cb Lancaster,    218 West Orange St,    Lancaster, PA 17603-3746
13828198        +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                  St Louis, MO 63179-0040
13828199        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                  Saint Louis, MO 63179-0040
13828200        +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
13836241        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13887121         HSBC Bank USA, National Association et al,    Wells Fargo Bank, N.A.,
                  Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                  Eagan, MN, 55121-7700
13828202        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13828203        +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
13864246        +U.S. Bank N.A., Trustee (see 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13909347        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13850558         WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,
                  1000 BLUE GENTIAN ROAD,    EAGAN, MN, 55121-7700
13828205        +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Aug 31 2017 01:25:54    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2017 01:25:37
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2017 01:25:47     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13828195         E-mail/Text: bankruptcy@bbandt.com Aug 31 2017 01:25:29    Bb&t,    Po Box 1847,
                  Wilson, NC 27894
13831559         E-mail/Text: mrdiscen@discover.com Aug 31 2017 01:25:28    Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13828201        +E-mail/Text: mrdiscen@discover.com Aug 31 2017 01:25:28    Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
13870118         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2017 01:32:14
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13917276         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 01:50:11
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13828204        +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:24    Syncb/HH Gregg,    Po Box 103104,
                  Roswell, GA 30076-9104
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13910242*       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2            Date Rcvd: Aug 30, 2017
                              Form ID: pdf900             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Brian  Nelson avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, N.A.  et al paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
               jbluemle@weltman.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-8XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, N.A.  et al pa.bkecf@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, NA pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN NELSON                                        Chapter 13

                    Debtor                          Bankruptcy No. 16-18179-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 30, 2017**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-


Debtor:
BRIAN NELSON

3 STRAWBERRY LANE

LANCASTER, PA 17602